**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7619**

---

KEVIN JOHNSON,

Plaintiff - Appellant,

versus

RON ANGELONE, Director, VDOC; DONALD R.
GUILLORY, Warden Chief, PCC; WARREN C. SMITH,
Director, Virginia Department of Corrections;
JERRY KILGORE, Virginia Secretary of Public
Safety; GEORGE ALLEN, Governor,

Defendants - Appellees,

and

LARRY W. JARVIS, Assistant Warden Operations,
PCC; MAGGIE WATKINS, Assistant Warden Pro-
grams, PCC; EARL R. BARKSDALE, Chief of Secu-
rity, PCC; A. JOHNSON, Prison Guard Sergeant,
PCC; R. L. ALLEN, Prison Guard Lieutenant,
PCC; D. L. ANDERSON, Prison Guard Sergeant,
PCC; I. J. GILMORE, Prison Guard Captain, PCC;
E. R. MOODY, Safety Officer, PCC; W. R. BEST,
Prison Guard Sergeant, PCC; SGT. PIEROTTI,
Prison Guard Sergeant, PCC; L. BOOKER, Prison
Guard Sergeant, PCC; MICHAEL WILLIAMS, Prison
Guard Sergeant, PCC; LARRY COLLINS, Adjustment
Hearings Officer, PCC; H. SCOTT, Prison Guard,
PCC; SHEARN, Prison Guard, PCC; PALMER, Prison
Guard, PCC; J. H. STANTON, Prison Guard, PCC;
A. STARKS, Prison Guard, PCC; C. BOSWELL,
Prison Guard, PCC; S. BOYKIN, Prison Guard,
PCC; FLOOD, Prison Guard, PCC; D. A. WHITE,
Prison Guard, PCC; PHILLIP SELLARS, Prison
Guard, PCC; R. GRANT, Prison Guard, PCC; K. O.

WHITE, Prison Guard, PCC; BURLEIGH, Prison Guard, PCC; CINDY FONTANA, Licensed Practical Nurse, PCC; DONNA ANDERSON, Operations Officer, PCC; CEASAR LEWIS, Assistant Warden, MCC; JERRY R. TOWNSEND, Chief of Security, LCC; W. P. ROGERS, Regional Director, VDOC,

Defendants.

---

**No. 97-7636**

---

KEVIN JOHNSON,

Plaintiff - Appellant,

versus

RON ANGELONE, Director, VDOC; DONALD R. GUILLORY, Warden Chief, PCC; WARREN C. SMITH, Director, Virginia Department of Corrections; JERRY KILGORE, Virginia Secretary of Public Safety; GEORGE ALLEN, Governor,

Defendants - Appellees.

and

LARRY W. JARVIS, Assistant Warden Operations, PCC; MAGGIE WATKINS, Assistant Warden Programs, PCC; EARL R. BARKSDALE, Chief of Security, PCC; A. JOHNSON, Prison Guard Sergeant, PCC; R. L. ALLEN, Prison Guard Lieutenant, PCC; D. L. ANDERSON, Prison Guard Sergeant, PCC; I. J. GILMORE, Prison Guard Captain, PCC; E. R. MOODY, Safety Officer, PCC; W. R. BEST, Prison Guard Sergeant, PCC; SGT. PIEROTTI, Prison Guard Sergeant, PCC; L. BOOKER, Prison Guard Sergeant, PCC; MICHAEL WILLIAMS, Prison Guard Sergeant, PCC; LARRY COLLINS, Adjustment Hearings Officer, PCC; H. SCOTT, Prison Guard, PCC; SHEARN, Prison Guard, PCC; PALMER, Prison

2

Guard, PCC; J. H. STANTON, Prison Guard, PCC; A. STARKS, Prison Guard, PCC; C. BOSWELL, Prison Guard, PCC; S. BOYKIN, Prison Guard, PCC; FLOOD, Prison Guard, PCC; D. A. WHITE, Prison Guard, PCC; PHILLIP SELLARS, Prison Guard, PCC; R. GRANT, Prison Guard, PCC; K. O. WHITE, Prison Guard, PCC; BURLEIGH, Prison Guard, PCC; CINDY FONTANA, Licensed Practical Nurse, PCC; DONNA ANDERSON, Operations Officer, PCC; CEASAR LEWIS, Assistant Warden, MCC; JERRY R. TOWNSEND, Chief of Security, LCC; W. P. ROGERS, Regional Director, VDOC,

Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-96-1178-AM)

---

Submitted: March 12, 1998          Decided: March 25, 1998

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Johnson, Appellant Pro Se. Collin Jefferson Hite, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint, denying his post-judgment motion to amend, and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. Angelone, No. CA-96-1178-AM (E.D. Va. Sept. 10, Oct. 8, and Nov. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED